IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**LORETTA RORIE,**

    **Plaintiff,**

v.

**BAYER CORPORATION
and AMERICAN DRUG STORES, INC.,
d/b/a OSCO DRUG, INC., an Illinois
corporation,**

    **Defendants.**                              **Case No. 02-cv-1262-DRH**

## ORDER

The Court had scheduled this matter for a status conference. The parties now move to continue the status conference (Doc. 42), conveying that they are currently attempting to resolve this matter by way of settlement between Plaintiff and defendant Bayer Corporation (as defendant American Drug Stores, Inc., was dismissed by the MDL). Therefore, the parties wish to meet at a later date in order to confer regarding the status on settlement and dismissal of this matter. Therefore, the Court **GRANTS** the Consent Motion to Reschedule the Current Status Conference (Doc. 42), and hereby reschedules the status conference for **Monday, December 18, 2006 at 9:30 a.m.**

    **IT IS SO ORDERED**

Signed this 15th day of November, 2006.

                                                /s/       David RHerndon
                                               **United States District Court**