IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**LORETTA RORIE,**

    **Plaintiff,**

**v.**

**BAYER CORPORATION
and AMERICAN DRUG STORES, INC.,
d/b/a OSCO DRUG, INC., an Illinois
corporation,**

    **Defendants.**    Case No. 02-cv-1262-DRH

## ORDER

**HERNDON, District Judge:**

    The Court had scheduled this matter for a status conference. Defendant Bayer Corporation, with consent of Plaintiff, now moves for a second continuance of the status conference (Doc. 44), conveying that their attempts to resolve this matter by way of settlement remain ongoing. Specifically, Bayer indicates that a Medicare lien was discovered on the settlement proceeds and the parties are now waiting for Medicare to determine the amount of this lien. Plaintiff's attorney was told it would take at least thirty days for Medicare to obtain that information. Therefore, the parties wish to meet at a later date in order to confer regarding the status on settlement and dismissal of this matter.

    Accordingly, the Court **GRANTS** the Consent Motion to Reschedule the

Current Status Conference (Doc. 44), and hereby reschedules the status conference for **Friday, February 2, 2007 at 11:00 a.m.**

    **IT IS SO ORDERED**

Signed this 15th day of December, 2006.

                                        /s/        David   RHerndon
                                        **United States District Court**