IN THE UNITED STATES DISTRICT COURT
IN THE SOUTHERN DISTRICT OF ILLINOIS

**LORETTA RORIE,**

    **Plaintiff,**

**v.**

**BAYER CORPORATION**
**and AMERICAN DRUG STORES, INC.,**
**d/b/a OSCO DRUG, INC., an Illinois**
**corporation,**

    **Defendants.**　　　　　　　　　　　　**Case No.  02-cv-1262-DRH**

## ORDER

**HERNDON, District Judge:**

    Pursuant to the Stipulation for Dismissal with Prejudice (Doc. 47), filed by Plaintiff and Defendant Bayer Corporation pursuant to **Federal Rule of Civil Procedure 41(a)(1)(ii)**, the Court hereby **ACKNOWLEDGES** said Stipulation and hereby **ORDERS** that this matter, as between those parties, be **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

    There having been a prior stipulation to dismiss the other Defendant, American Drug Stores, Inc., without prejudice the Clerk cannot enter judgment, however, the Clerk is directed to close this file since this ends the Court's handling

of this matter.  Judgment can only be entered if Plaintiff converts said dismissal to one with prejudice.

**IT IS SO ORDERED.**

Signed this 10th day of January, 2007.

<u>/s/          David   RHerndon</u>
**United States District Judge**